No. A–974. WASHINGTON ET AL. v. GLUCKSBERG ET AL. Application for stay of issuance of mandate of the United States Court of Appeals for the Ninth Circuit, case No. 94–35534, issued on May 29, 1996, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates

automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.